UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Musa Zonja

_____

_____

_____

Plaintiff(s)

v.                                              Case No. 8:24 cv 16 JLB - SPF

Judge Theodora C Komnios

_____

_____

_____

Defendant(s)

JAN 2 2024 PM 4:10
FILED - USDC - FLMD - TPA

Fedorel Law suit
_____
(Title of Document)

# IN THE SUPREME COURT OF FLORIDA

Case style: _Musa Zonja_ v. _State of Florida, Judge Theodora C Komninos_

Case number: SC___-_____

Originating court: (circle one) First/Second/Third/Fourth/Fifth District Court of Appeal

# BRIEF OF PETITIONER ON JURISDICTION

If not represented by counsel,

Petitioner's name, address, and phone number:

Musa Zonja,
4124 Seton circle palM Horbor ,FL.34683
727-239-3064

Petitioner's signature:

MUSa Zonja without prejudice without Recorse

If represented by counsel,

Attorney's name, address, and phone number:

Attorney's signature:

i

## TABLE OF CONTENTS

| **Section of Brief** | **Page Number** |
| --- | --- |
| Table of Citations | iii |
| Statement of the Issues | iv |
| Statement of the Case and Facts | 1 |
| Argument for Jurisdiction | 4 |
| Conclusion | 10 |
| Certificate of Service | v |

ii

## STATEMENT OF THE CASE AND FACTS

I Musa Zonja had on this day 12-18-2023 At 9:00AM At the circuit Court pinellas County IN Front of Judge *Theodora C. KOMNINOS when I was called it was My turn. I stepped up as a living Man not a corporate entity in all caps MUSA ZONJA that was originally summoned. when I Approached I Stood Behind the Bar on loud Did not step in too her waters I Stated to the Record I here as the living Man on special "apperance to handle this matter. The Judge forced Me to be a "corporate Fiction" name IN AN Caps under Durres And threat I Stated For the Record I will CROSS the Bar into your water just I Reserve All My Rights under COMMON LAW with prejudice. The Judge Did No accept or care to Respect or uphold My Right and told Me to sit Back Down. I was forced to wait until the end of the court procedings. once I want Back up for the second time. SORRY Befor She sat Me Down She Started on the Record all So in the video that you will find and hear when you warrant for them at the circuit court on US(9 she stated on the Record under threatened ARRESTREBecause I Did Not Claim the coprate Fiction I was under threat & Durres forced Into admiralty Maritime Law & Not common Law "which is a viloation of UNITED STATES. CON situtional code there IS ! when I went up and was called agian I stood on common Law for the record as the living Man & Stated I am here on special apperance of the Dead entity IN all caps have the Right to Do so All'so ANd wanted Let Me Speak AS I have the Right to Do so Also the Bailiffs JumPed ship for the second time ordering Me threating me to stop talking. The Judge stated she will Not accept the Entity Living Man for the coprabe fiction. This is Not how the court works she stated At that time agian she violated the constitution and violated codes and ethices By Not accepting Me as the Living Breathing soul with arms and legs. I TOld the Judge under threat and Durres I Be who ever you want me to Be ILL Be scared ILL Be kidnapped or warrent issued as you like her for the second time in the court Recording I stated Judge since you want to go down the whole Legal Road with Laws this is Not a government entity it is a private coperation. I demand to See & INSPect one verifiable proof or are chester ILC or IIp that you are government. The Judge said stop talking again Deputies since I'm not accepting the entity of MR. ZONJA Not with a "( J) check notice print of order Basically and ISSue a "CAPIAS" warrant Both the Bailiffs grabed Me they Battered Me By grabing Me Because the Judge ordered even though even me sware AN oath to uphold the consitution, That is N And to Be ON god Behavier that was Not good Behavier and threating no grabbing exclren. At that Time I was IN Fear, Scared, offanded, IN Disbelive this was taking place. I told the Judge I'll Be who ever you want we to Be I have two Kids this aint Right and cant Belive as the judge she did this from that puint on under Durres I can t really remmebing what took place My heart Beat I couldnt think My speach couldnt move was such I Fear Barten talk think any thing from what just

accorded these such disbelief a Judge that sworn oath to uphold my Rights and protect them Just Did the oppisite I have Never seen or herd a such unprofessional Demeanor c aggressive with so much ego Do this say this to a living Man as Judge. I had two witnesses with me My Mother first witness Name is Zyrise Zonja living women. and My unlicensed Layman paul M Manning living Men. They also was in disbelife what She Did c say that day on 12-18-2023 also they was in so Much fear for Me that was going to be kidnaped & held hostage against My will all because the Judge forgot she took AN oath & to Be on good Behavior which threatineys me with warrants or capias against me is Not in any form and you'll hear all this that took place once you hear the Recording I was fighting for My freedom at this point I have two bailiffs on each arm while Im pleading saying Begging Dont Do this told please dont, stop, How, why would you. Only thing I could think of Is My 2 kids Not seeing there futher due to Be kidnaped as told the Judge, she said I have kids also But she forgot 1 key point I am Not using My Authority and power which I supposed to Be on good Behavior as a Judge & protecting peoples Right and not use My ego But Did the complete oppiste I stated on the Record again under Durress of Being kidnapped or held hostage I LL Be whoever she wanted me to be / forced / under threat! At that point on she was talking I was Not IN the Right state of mind from what took place In fear. All I Remember after a min or so Said State whats your offer I declined and answered it form of Demure For quasi Jurisdiction explained per 28 us 3002 15 the United stats is a federal coporation subsection 15 a,b,c, all Lower Municipalities are subdivisions there of. and said much more facts to have this case "Dissmissed" the Judge did Not Let the prosecutor Answer But then said Im setting for pre trail not Demure hearing or just dissmissed My case! please hear the Recording of what took place you or anyone else listner will Be Shecked from the whole encouter with the Judge".

# ARGUMENT FOR JURISDICTION

## CONCLUSION

The judge violated all my rights denied every fact I brought in front of her. Which then had her guard dogs grab me and under threats and duress I was forced to stele my name as the corporate fiction as staled in the case. The judge Bailiffs forced me without my own will to submit to a corporate fictional Character. (entity in all caps name.) Just to throw me in jail. I requested my bid and performance bond which courts never showed me also. I also on record wanted to here the courts fill out a 8300 form from the I.R.S. Because. The court date was in defects a taxable event. Which again is a violation not only of due process. But also a violation of I.R.S. Code 501(a).

- 10 -

# TABLE OF CITATIONS

**Citations in Brief**                                              **Page Number**

Buchanan V Worley US 60 (1917)
The police power of the state must b exercised in subordination To the provisions of the US Constitution

Boyd v United states 116 US 616
it is the Duty of the courts to be watchful for the Constitutional rights of the citizen, and against any stealthy encroachments t hereon.

Connolly v Union Sewer pipe Co. 184 US 540
with regard particularly to the US Constitution it is elementary that a right secured or protected by that document cannot be over thrown or impaired by any police authority.

Hale v Henkel 201 U.S. 43 (1906)
we are of the opinion that theres a clear distinction between an individual and the corporation. The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private Business in his own way. His power to contract is unlimited. He owes no duty to the State since he receives nothing therefrom beyond the protection of his life liberty and property. His rights are such as existed by the law of the land long antecedent to the organization of the State and can not be taken from him without Due process of law.

iii

## STATEMENT OF THE ISSUES

On 12-18-2023 I had to go to court for Driving without license which under common law I am a Traveler a Driver is Smeore engaged in commerce Smeore that is paid a fee to trespert a person, things. The prosecution must prove I engaged in commerce Not ently that I stated in court that I Demand a Demurrer hearing which was Denied which cannot be denied. Also I Stated on record that this is in fact a private court. With a Dunn and brads number and is a taxable event to which the judge Ignored. Then threatend to arrest me and kidnapp me and held me hostage for a ransom in the form of bail. I then Stood on my common law not in admeral waters to where under threat and duress I had no option to cross in to her wakers. Aganst my rights that are true in law today. The judge then Stated I am to uphold the State and Federal constitution which is a freud statement for defacto being that the State constlution in not in agreement with Federal constitution. Any law repugnant to the constitution is null and void. US Constitution, Article[?] amendment Freedom of Religion. Also many Supreme courts State exsertion of Constitutional Rights cannot be converted into a crime.