UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUSA ZONJA,

    Plaintiff,

v.                                Case No:   8:24-cv-16-JLB-SPF

THE HONORABLE THEODORA KOMNIOS,

    Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that the Court deny Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) and dismiss Plaintiff's action with prejudice due to Plaintiff's inability to state a valid, nonfrivolous claim for relief that is plausible on its face even if given leave to amend.  (Doc. 4).   No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1).   The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."   *Id*.

Here, after an independent review of the entire record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

2. The Report and Recommendation (Doc. 4) is **ADOPTED** and made a part of this Order for all purposes.

3. This case is **DISMISSED** with prejudice due to Plaintiff's inability to state a valid, nonfrivolous claim for relief that is plausible on its face even if given leave to amend.

4. The Clerk of Court is **DIRECTED** to enter judgment dismissing the case with prejudice, terminate all deadlines, and close the file.

**ORDERED** in Tampa, Florida, on August 9, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE